THOMAS, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(E) and (F), Ala. R.App. P.; Parker Bldg. Servs. Co. v. Lightsey, 925 So.2d 927 (Ala.2005); Stovall v. Universal Constr. Co., 893 So.2d 1090, 1097 n. 1 (Ala.2004); Ex parte Kraatz, 775 So.2d 801 (Ala.2000); General Motors Corp. v. Hill, 752 So.2d 1186 (Ala.1999); Ex parte Mountain Top Indoor Flea Market, Inc., 699 So.2d 158 (Ala.1997); and West v. Founders Life Assurance Co. of Florida, 547 So.2d 870, 871 (Ala.1989).
This appeal was transferred to this court by the Alabama Supreme Court, pursuant to § 12-2-7(6), Ala.Code 1975.
THOMPSON, P.J., and PITTMAN and MOORE, JJ., concur.
BRYAN, J., concurs specially.